# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 E 42nd Street, Suite 2020  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

---

Faillace@employmentcompliance.com

May 22, 2013

BY HAND

TO:   Clerk of Court,

I hereby consent to join this lawsuit as a party plaintiff.
**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre:  **Gabriel Barrera**
 **314 E. 106th St.**
Address / Direccion:  **Apt. 24**
 **New York, NY 10029**

Phone Number / Numero de Teléfono:

Legal Representative / Abogado:  Michael Faillace & Associates, P.C.

Signature / Firma:  *[signed] Gabriel Barrera*

Date / Fecha:  22 de mayo de 2013