UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Elias Rojas

              Plaintiff(s),

- against -

Delizia Restaurant Corp., et al.

              Defendant(s).

-------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/13
```

12 Civ. 6477 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

As result of a pretrial conference held before the Court today, the following is ORDERED:

1. By July 1, 2013, defendants shall, under pain of having their answer stricken and a default judgment entered, produce ANY AND ALL documents relating to the employment of any plaintiff in this action from May 1, 2007 to March 2013.

2. By July 19, 2013, each and every plaintiff shall be produced in defendants' counsel's office for deposition or the complaint will be stricken as to the non-appearing plaintiff and he will take nothing.

3. By August 30, 2013, the parties shall submit final pretrial submissions consisting of a joint pretrial order, requests to charge, voir dire requests, verdict sheet and fully submitted in limine motions, if any.

4. By July 1, 2013, plaintiffs shall produce any time and payroll records of any plaintiff during the period covered by the complaint

5. ~~4.~~

6. ~~5.~~ Discovery otherwise closed on June 3, 2013.

5. ~~Plaintiff~~ Plaintiff may take Messrs Lysareto and Pecora's depositions by July 19, 2013

7. ~~6.~~ The next ~~Case Management Conference~~ [the Final Pretrial Conference] will be held on Tues Sept. 10, 2013 at 2:30 am/**pm**. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:  New York, New York
6-18-13