UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**EXHIBIT A**

ELIAS ROJAS, JUAN ALEJANDRO, EDGAR BENJAMIN, MARCOS RAMIREZ and HILARIO RODRIGUEZ , *individually and on behalf of others similarly situated,*

No.: **12 CV 6477**

Plaintiffs,

-against-

DELIZIA RESTAURANT CORP.(d/b/a DELIZIA 73 RISTORANTE & PIZZA), FRANK LIPAROTO and FRANK PECORA,

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

*Defendants.*

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that Plaintiffs' Complaint and any and all claims that were or could have been asserted in this action are hereby dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees. The Court shall maintain jurisdiction over any proceeding concerning the enforcement of the parties' Settlement Agreement.

Date:   New York, New York
        August 2̸8̸, 2013

Andrew J. Urgenson, Esq.
OVED & OVED LLP
401 Greenwich Street
New York, NY 10013
Tel.: 212-226-2376

*Attorneys for Defendants*

Michael A. Faillace, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
60 East 42nd Street, Suite 2020
New York, NY 10165
Tel.: 212.317.1200

*Attorneys for Plaintiffs*