```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # EXHIBIT A
DATE FILED: 9-6-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIAS ROJAS, JUAN ALEJANDRO, EDGAR BENJAMIN, MARCOS RAMIREZ and HILARIO RODRIGUEZ, *individually and on behalf of others similarly situated*,

Plaintiffs,

-against-

DELIZIA RESTAURANT CORP.(d/b/a DELIZIA 73 RISTORANTE & PIZZA), FRANK LIPAROTO and FRANK PECORA,

Defendants.

No.: 12 CV 6477

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that Plaintiffs' Complaint and any and all claims that were or could have been asserted in this action are hereby dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees. The Court shall maintain jurisdiction over any proceeding concerning the enforcement of the parties' Settlement Agreement.

Date: New York, New York
August 28, 2013

_____
Andrew J. Urgenson, Esq.
OVED & OVED LLP
401 Greenwich Street
New York, NY 10013
Tel.: 212-226-2376

*Attorneys for Defendants*

_____
Michael A. Faillace, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
60 East 42nd Street, Suite 2020
New York, NY 10165
Tel.: 212.317.1200

*Attorneys for Plaintiffs*

SO ORDERED:
_____
9-6-13    U.S.D.J.